## 24898. RABIDEAUX v. THE STATE.

NICHOLS, Justice. This is a companion case to *Smith v. State,* 224 Ga. 750, in that the defendants were jointly indicted for the same crime although they were tried separately. The defendant Rabideaux was found guilty and sentenced to 15 years in the penitentiary. The motion for new trial in the present case was overruled and such judgment is enumerated as error. *Held:*

The questions presented by the amended motion for new trial are controlled adversely to the appellant by the decision in *Smith v. State,* supra.

*Judgment affirmed. All the Justices concur.*

ARGUED OCTOBER 15, 1968—DECIDED NOVEMBER 7, 1968.

*Hall & Hall, William V. Hall, Sr., William V. Hall, Jr.,* for appellant.

*Lewis R. Slaton, Solicitor General, Carter Goode, Tony H. Hight, J. Walter LeCraw, Arthur K. Bolton, Attorney General, Marion O. Gordon, Assistant Attorney General, William R. Childers, Jr., Deputy Assistant Attorney General,* for appellee.